UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEVIN C. CURTIS,

                Plaintiff,

    v.

FORNEAR, *et al.*,

                Defendants.

Case No. C25-5234-KKE-SKV

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

This is a civil rights action proceeding under 42 U.S.C. § 1983. On September 9, 2025, Plaintiff filed a motion for partial summary judgment which is currently noted on the Court's calendar for consideration on October 7, 2025. *See* Dkt. 17. On October 1, 2025, Defendants filed a response to Plaintiff's motion for partial summary judgment together with a cross-motion for summary judgment. Dkt. 24. Defendants indicate in the caption of their submission that their cross-motion for summary judgment is noted on the Court's calendar for consideration on October 29, 2025. *See id.* at 1. Unfortunately, the docket entry for Defendants' submission indicates only that it is a response to Plaintiff's motion for summary judgment, it does not reflect

MINUTE ORDER - 1

that a cross-motion for summary judgment is included in the submission, nor does it reflect the assigned noting date for that motion.

As it will be most efficient for the Court to consider the pending dispositive motions at the same time, Plaintiff's motion for partial summary judgment (Dkt. 17) is RE-NOTED on the Court's calendar for consideration on **October 29, 2025**. And, as Defendants' cross-motion for summary judgment is not currently appearing on the Court's motion calendar, the Clerk shall modify the docket text for that entry (Dkt. 24) to reflect that the submission is both a response and a cross-motion for summary judgment, and the Clerk shall ensure that the cross-motion is assigned the designated noting date of **October 29, 2025**.

The Clerk shall send copies of this Minute Order to Plaintiff, to counsel for Defendants, and to the Honorable Kymberly K. Evanson.

DATED this 14th day of October, 2025.

JOSHUA C. LEWIS, Clerk

By: A. Pasaye Hernandez
　　 Deputy Clerk

MINUTE ORDER - 2