UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN C. CURTIS,

          Plaintiff,

   v.

CHRISTOPHER FORNEAR, et al.,

          Defendants.

Case No. C25-5234-KKE-SKV

ORDER GRANTING EXTENSION OF TIME

    Plaintiff's Motion for Extension of Time at Docket No. 31 to file the Reply at Docket No. 32 is GRANTED.[1]

    The Clerk is directed to send copies of this order to the parties and to the Honorable Kymberly K. Evanson.

    Dated this 13th day of November, 2025.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] The same document also appears at Docket No. 26. The Court understands the duplicate submissions to be attributable to Plaintiff both e-filing and mailing her documents, which sought to reply to Defendants' opposition to her motion at Docket No. 17 and to oppose Defendants' Motion for Summary Judgment at Docket No. 24.

ORDER GRANTING EXTENSION OF TIME - 1