UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN C. CURTIS,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTOPHER FORNEAR, et al.,<br><br>                Defendants. | Case No. C25-5234-KKE-SKV<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Before the Court is Defendants' Motion for Summary Judgment. *See* Dkt. 24. Plaintiff opposes Defendants' motion on various grounds, including not receiving a *Rand* notice or a copy of her deposition transcript, portions of which Defendants rely on for support. *See* Dkt. 26 at 1–2. Defendants contend that Plaintiff likely received their *Rand* notice through the electronic filing system or by mail, and they concede Plaintiff was not given a complete copy of her deposition transcript before her Response was due. *See* Dkt. 28 at 2. Defendants indicate that they have since arranged to have a copy sent to her. *See id*. In their Reply, Defendants ask the Court for an opportunity to re-serve Plaintiff with the *Rand* notice and file supplemental briefing, should the Court be disinclined to adjudicate their motion for summary judgment due to those issues. *See* Dkt. 27 at 13.

Because it is not clear whether Plaintiff was adequately positioned to respond to Defendants' motion, the Court will afford Plaintiff an opportunity to supplement her Response to Defendants' Motion for Summary Judgment, and provide any additional evidence, by **December 9, 2025**. Defendants shall re-serve Plaintiff with a *Rand* notice by **November 25, 2025**, and may supplement their Reply by **December 16, 2025**. Defendants' Motion for Summary Judgment is RENOTED for consideration on **December 16, 2025**.

The Clerk is directed to send copies of this Order to the parties and to the Honorable Kymberly K. Evanson.

Dated this 18th day of November, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER FOR SUPPLEMENTAL BRIEFING - 2