UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN C. CURTIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FORNEAR, et al.,<br><br>　　　　　　Defendants. | Case No. C25-5234-KKE-SKV<br><br>ORDER |

　　In view of Plaintiff's recent transfer to a different facility and the Second Declaration at Docket No. 38 filed by Defendants, Defendants' Motion for Summary Judgment at Docket No. 24 is hereby RENOTED for January 7, 2026.

　　The Clerk is directed to send copies of this Order to the parties and to the Honorable Kymberly K. Evanson.

　　Dated this 30th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*S. Kate Vaughan*
　　　　　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1