UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN C. CURTIS,

                    Plaintiff,

        v.

CHRISTOPHER FORNEAR, et al.,

                    Defendants.

Case No. C25-5234-KKE-SKV

ORDER GRANTING LEAVE TO AMEND COMPLAINT AND FINDING MOOT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Extension of Time to file an amended pleading and for Leave to File Amended Complaint. *See* Dkts. 40, 41. Plaintiff seeks to amend her complaint to bring one new cause of action: "negligent investigation/failure to protect." *See* Dkt. 41-1 at 1. Defendants oppose on grounds that Plaintiff's new claim is untimely, futile, brought in bad faith, and prejudicial to Defendants because discovery has closed. *See* Dkt. 44 at 1–2.

Under the Prison Litigation Reform Act of 1996, the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity, officer, or employee. *See* 28 U.S.C. § 1915A(a). The Court must "dismiss the complaint, or any portion of the complaint, if the complaint[:] (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such

ORDER GRANTING LEAVE TO AMEND
COMPLAINT AND FINDING MOOT
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 1

relief." 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2); *see also Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998). The Court GRANTS Plaintiff's motion to amend. However, as she seeks to bring an entirely new claim, the Court will screen Plaintiff's First Amended Complaint at Docket No. 41-1 pursuant to § 1915A. Following screening, and if necessary, the Court will set a date for Defendants to respond to Plaintiff's First Amended Complaint.

Plaintiff originally brought a 42 U.S.C. § 1983 claim premised on a putative First Amendment violation. Her First Amended Complaint indicates that she does not seek to maintain that claim. Accordingly, the Court FINDS MOOT Defendants' Motion for Summary Judgment at Docket No. 24.

Dated this 10th day of February, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING LEAVE TO AMEND
COMPLAINT AND FINDING MOOT
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 2