UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN C. CURTIS,

Plaintiff,

v.

CHRISTOPHER FORNEAR, et al.,

Defendants.

Case No. C25-5234-KKE-SKV

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and having not received any objections or responses, hereby finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     This action is DISMISSED with prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 2nd day of April, 2026 .

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1